UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dundee Urgent Care, P.C.,

        Plaintiff(s),                               Case No. 20-cv-10262

v.                                                    Honorable Laurie J. Michelson

Tannenbaum & Milask, Inc.

        Defendant(s).

_____/

### CLERK'S ENTRY OF JUDGMENT BY DEFAULT

      The Clerk's entry of default having been entered against Defendant Tannenbaum & Milask, Inc., and an affidavit having been filed;

      THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Tannenbaum & Milask, Inc., in the amount of $ 1947.10 plus interest.

                                                DAVID J. WEAVER, CLERK OF COURT
                                                United States District Court


                                                By: s/D. Worth
                                                      Deputy Clerk


Dated: July 10, 2020